1  HORACE W GREEN, BAR NO. 115699
   hgreen@bpbsllp.com
2  BUCHMAN PROVINE BROTHERS SMITH LLP
   1333 N. California Blvd., Suite 350
3  Walnut Creek, California 94596
   Telephone:  925 944 9700
4  Facsimile:  925 944 9701

5  Attorneys for Defendants
   FORTIS BENEFITS INSURANCE COMPANY,
6  UNION SECURITY INSURANCE COMPANY,
   ASSURANT EMPLOYEE BENEFITS and
7  ASSURANT INC

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZABETH HEALY,<br><br>          Plaintiff,<br><br>v.<br><br>FORTIS BENEFITS INSURANCE COMPANY, UNION SECURITY INSURANCE COMPANY, ASSURANT EMPLOYEE BENEFITS, ASSURANT, INC., LIGHTHOUSE CAPITAL PARTNERS, INC. LONG TERM DISABILITY PLAN, LIGHTHOUSE CAPITAL PARTNERS, INC.,<br><br>          Defendants. | Case No.  CV 14-00832 RS<br><br>**STIPULATION TO ORDER AND ORDER OF DISMISSAL OF DEFENDANT ASSURANT INC.** |

Plaintiff LIZABETH HEALY, and Defendants FORTIS BENEFITS INSURANCE COMPANY, UNION SECURITY INSURANCE COMPANY, ASSURANT EMPLOYEE BENEFITS, ASSURANT INC., LIGHTHOUSE CAPITAL PARTNERS, INC., and LIGHTHOUSE CAPITAL PARTNERS INC. LONG TERM DISABILITY PLAN by and through their counsel of record, hereby stipulate that Defendant ASSURANT INC. be dismissed with prejudice from this action.  Each party shall pay their own costs and fees in connection therewith.

STIPULATION TO DISMISSAL OF ASSURANT, INC. AND ORDER THEREON

1  This Stipulation applies to the dismissal of ASSURANT INC. alone and neither to nor for
2  the benefit of any other party.

3  DATED:     April 10, 2014            **BUCHMAN PROVINE BROTHERS SMITH LLP**
4
5                                       By:     /s/ Horace W. Green
                                                HORACE W. GREEN
6                                               Attorneys for Defendants
                                                FORTIS BENEFITS INSURANCE COMPANY,
7                                               UNION SECURITY INSURANCE COMPANY,
                                                ASSURANT EMPLOYEE BENEFITS, and
8                                               ASSURANT INC.,

9  DATED: April 10, 2014                **HANSON BRIDGETT LLP**
10
11                                      By:     /s/ Molly L. Kaban
                                                RAYMOND F. LYNCH
12                                              MOLLY L. KABAN
                                                Attorneys for Defendants
13                                              LIGHTHOUSE CAPITAL PARTNERS, INC.
                                                and LIGHTHOUSE CAPITAL PARTNERS,
14                                              INC. LONG TERM DISABILITY PLAN

15
16 DATED: April 10, 2014                **THE GREY LAW FIRM**
17
18                                      By:     /s/ Rebecca Grey
                                                REBECCA GREY
19                                              Attorneys for Plaintiff
                                                LIZABETH HEALY
20

21               **<u>ATTESTATION OF ELECTRONIC FILING</u>**

22  As the attorney for Defendant e-filing this document, I hereby attest that Molly L. Kaban
23 and Elise Rebecca Grey concurred in this filing.

24 DATED:     April 10, 2014            **BUCHMAN PROVINE BROTHERS SMITH LLP**
25
                                        By:     /s/ Horace W. Green
26                                              HORACE W. GREEN, Attorneys for Defendants
                                                FORTIS BENEFITS INSURANCE COMPANY,
27                                              UNION SECURITY INSURANCE COMPANY,
                                                ASSURANT EMPLOYEE BENEFITS, and
28                                              ASSURANT INC.,

**ORDER**

Based on the Stipulation of the parties herein,

**IT IS HEREBY ORDERED**

That Defendant Assurant Inc. be, and hereby is, dismissed from this action with prejudice. The parties shall bear their own costs and fees in connection with this dismissal.

Dated: 4/10/14

_____
Richard Seeborg
United States District Judge

STIPULATION TO DISMISSAL OF ASSURANT, INC. AND ORDER THEREON