1  HANSON BRIDGETT LLP
   RAYMOND F. LYNCH - 119065
2  MOLLY L. KABAN - 232477
   425 Market St., 26th Fl.
3  San Francisco, CA 94105
   Telephone:    (415) 777-3200
4  Facsimile:    (415) 541-9366
   rlynch@hansonbridgett.com
5  mkaban@hansonbridgett.com

6  Attorneys for Defendants
   LIGHTHOUSE CAPITAL PARTNERS, INC. and
7  LIGHTHOUSE CAPITAL PARTNERS, INC. LONG TERM
   DISABILITY INSURANCE PLAN

8

9                  **UNITED STATES DISTRICT COURT**

10     **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11

12  LIZABETH HEALY, an individual,          No. C 14-00832 RS

13                  Plaintiff,
                                            **STIPULATION AND [~~PROPOSED~~]**
14          v.                              **ORDER OF DISMISSAL OF DEFENDANT**
                                            **LIGHTHOUSE CAPITAL PARTNERS,**
15  FORTIS BENEFITS INSURANCE               **INC.**
    COMPANY, UNION SECURITY
16  INSURANCE COMPANY, ASSURANT
    EMPLOYEE BENEFITS, ASSURANT,
17  INC., LIGHTHOUSE CAPITAL
    PARTNERS, INC. LONG TERM
18  DISABILITY INSURANCE PLAN,
    LIGHTHOUSE CAPITAL PARTNERS,
19  INC.,

20                  Defendants.

21

22          IT IS HEREBY STIPULATED by and between Plaintiff LIZABETH HEALY and

23  Defendants FORTIS BENEFITS INSURANCE COMPANY, UNION SECURITY INSURANCE

24  COMPANY, ASSURANT EMPLOYEE BENEFITS, LIGHTHOUSE CAPITAL PARTNERS,

25  INC. LONG TERM DISABILITY INSURANCE PLAN, LIGHTHOUSE CAPITAL

26  PARTNERS, INC., through their designated counsel, that the above-captioned action be and

27  hereby is dismissed with prejudice as to Defendant LIGHTHOUSE CAPITAL PARTNERS, INC.

28

                                  - 1 -

1  pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall pay their own

2  costs and fees in connection herewith.

3       This Stipulation applies to the dismissal of Defendant LIGHTHOUSE CAPITAL

4  PARTNERS, INC. alone and neither to nor for the benefit of any other party.

5       IT IS SO STIPULATED.

6

7  DATED: May 19, 2014                    THE GREY LAW FIRM

8

9                                         By:_____/s/ Rebecca Grey_____
                                              REBECCA GREY
10                                            Attorneys for Plaintiff
                                              LIZABETH HEALY
11

12

13  DATED:  May 19. 2014                  BUCHMAN PROVINE BROTHERS
                                                    SMITH, LLP
14

15

16                                        By:_____/s/ Horace Green_____
                                              HORACE GREEN
17                                            Attorneys for Defendants
                                              FORTIS BENEFITS INSURANCE COMPANY,
18                                            UNION SECURITY INSURANCE COMPANY,
                                              and ASSURANT EMPLOYEE BENEFITS
19

20  DATED:  May 19, 2014                  HANSON BRIDGETT LLP

21

22                                        By:_____/s/ Molly L. Kaban_____
                                              RAYMOND F. LYNCH
23                                            MOLLY L. KABAN
                                              Attorneys for Defendants
24                                            LIGHTHOUSE CAPITAL PARTNERS, INC.
                                              and LIGHTHOUSE CAPITAL PARTNERS,
25                                            INC. LONG TERM DISABILITY PLAN

26       I attest that concurrence in the filing of the document has been obtained from each of the
   other Signatories.
27

28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT
LIGHTHOUSE CAPITAL PARTNERS, INC. (CASE #NO. C 14-00832 RS)                    1188071.1

1    IT IS SO ORDERED that Defendant LIGHTHOUSE CAPITAL PARTNERS, INC. be,

2    and hereby is, dismissed from this action with prejudice.  The parties shall bear their own costs

3    and fees in connection with this dismissal.

4

5    DATED:  5/20/14

6

7    _____

8    RICHARD SEEBORG
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT
LIGHTHOUSE CAPITAL PARTNERS, INC. (CASE #NO. C 14-00832 RS)
1188071.1