**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LIZABETH HEALY,

                      Plaintiff,

    v.

UNION SECURITY INSURANCE
COMPANY, ASSURANT EMPLOYEE
BENEFITS, and LIGHTHOUSE CAPITAL
PARTNERS INC. LONG TERM
DISABILITY PLAN,

                      Defendants.

_____/

No. C 14-00832  RS

**CASE MANAGEMENT
SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

Case Management Conference on May 29, 2014.  After considering the Joint Case Management

Statement submitted by the parties and consulting with the attorneys of record for the parties and

good cause appearing, IT IS HEREBY ORDERED THAT:

       1.     ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION.  The parties will seek to engage in private mediation.

       2.     DISCOVERY.

To the extent that limited discovery is warranted, all such discovery must be completed

on or before December 15, 2014.

3.      FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **September 25, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

4.      CROSS-MOTIONS FOR SUMMARY JUDGMENT.  The parties have indicated the case will proceed on cross-motions for summary judgment.  Such motions must be filed and served pursuant to Civil Local Rule 7 and shall be heard no later than February 19, 2015.

IT IS SO ORDERED.

DATED:  May 29, 2014

_____
RICHARD SEEBORG
United States District Judge

**United States District Court**
For the Northern District of California

CASE MANAGEMENT SCHEDULING ORDER

2