HORACE W GREEN, BAR NO. 115699
hgreen@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
1333 N. California Blvd., Suite 350
Walnut Creek, California 94596
Telephone:     925 944 9700
Facsimile:      925 944 9701

Attorneys for Defendants
Union Security Insurance Company
(formerly known as Fortis Benefits
Insurance Company);
Assurant Employee Benefits; and
Lighthouse Capital Partners Long
Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZABETH HEALY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FORTIS BENEFITS INSURANCE COMPANY; UNION SECURITY INSURANCE COMPANY; ASSURANT EMPLOYEE BENEFITS; ASSURANT, INC.; LIGHTHOUSE CAPITAL PARTNERS, INC. LONG TERM DISABILITY PLAN; LIGHTHOUSE CAPITAL PARTNERS, INC. ,<br><br>　　　　　Defendants. | Case No.  CV 14-00832 RS<br><br>**STIPULATION TO AND [PROPOSED] ORDER OF DISMISSAL OF SECOND CAUSE OF ACTION AND OF DE NOVO REVIEW OF FIRST CAUSE OF ACTION** |

　　　Plaintiff Lizabeth Healy, and Defendants Union Security Insurance Company (formerly known as Fortis Benefits Insurance Company), Assurant Employee Benefits (which "exists" as a brand name only), and Lighthouse Capital Partners Long Term Disability Plan hereby stipulate as follows:

　　　1. Plaintiff's Second Cause of Action for Breach of Fiduciary Duty shall be dismissed without prejudice.

2. The Court shall conduct a *de novo* review of the claims decision which forms the basis for Plaintiff's first cause of action seeking relief under ERISA, 29 U.S.C. § 1132 (a)(1)(B).

.

DATED: July 15, 2014            **THE GREY LAW FIRM**

By:     /s/ Rebecca Grey
    Rebecca Grey
    Attorneys for Plaintiff
    Lizabeth Healy

DATED: July 15, 2014            **BUCHMAN PROVINE BROTHERS SMITH LLP**

By:     /s/ Horace W. Green
    Horace W Green
    Attorneys for Defendants
    Fortis Benefits Insurance Company; Union
    Security Insurance Company; Assurant Employee
    Benefits; and Lighthouse Capital Partners, Inc.
    Long Term Disability Plan

## ATTESTATION OF ELECTRONIC FILING

As the attorney for Defendant e-filing this document, I hereby attest that Rebecca Grey concurred in this filing.

DATED: July 15, 2014            **BUCHMAN PROVINE BROTHERS SMITH LLP**

By:     /s/ Horace W. Green
    Horace W Green
    Attorneys for Defendants
    Fortis Benefits Insurance Company; Union
    Security Insurance Company; Assurant Employee
    Benefits; and Lighthouse Capital Partners, Inc.
    Long Term Disability Plan

# ORDER

Having reviewed the Stipulation to and Proposed Order of Dismissal of Second Cause of Action and of *de novo* review of First Cause of Action, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. Plaintiff's Second Cause of Action be, and hereby is, dismissed without prejudice.
2. The Court's review of Plaintiff's First Cause of Action seeking relief under 29 U.S.C. §1132 (a)(1)(B) shall be conducted *de novo*.

Dated: 7/17/14

_____
The Honorable Richard Seeborg
United States District Judge

BUCHMAN PROVINE BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK, CA

- 3 -

STIPULATION TO AND [PROPOSED] ORDER RE DISMISSAL OF SECOND CAUSE OF ACTION AND OF DE NOVO REVIEW OF FIRST CAUSE OF ACTION