United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZABETH HEALY,<br><br>    Plaintiff,<br><br>    v.<br><br>FORTIS BENEFITS INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 14-cv-00832-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 25, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

   1.   ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. The parties will seek to engage in private mediation in the next 90 days.

   2.   DISCOVERY REFERRAL.

Pursuant to Northern District Local Rule 72-1, this case is hereby REFERRED for all discovery purposes to a randomly assigned Magistrate Judge for resolution. Unless directed otherwise by the Magistrate Judge, the moving party shall notice the motion for hearing pursuant to the local rules and any standing orders or procedures of the Magistrate Judge upon assignment.

   3.   FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **December 18, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

**IT IS SO ORDERED**.

Dated: 9/25/14

RICHARD SEEBORG
United States District Judge