HORACE W GREEN, BAR NO. 115699
hgreen@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone:    925 944 9700
Facsimile:    925 944 9701

Attorneys for Defendants
Union Security Insurance Company
(formerly known as Fortis Benefits
Insurance Company);
Assurant Employee Benefits; and
Lighthouse Capital Partners Long
Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZABETH HEALY,<br><br>    Plaintiff,<br><br>v.<br><br>FORTIS BENEFITS INSURANCE COMPANY; UNION SECURITY INSURANCE COMPANY; ASSURANT EMPLOYEE BENEFITS; ASSURANT, INC.; LIGHTHOUSE CAPITAL PARTNERS, INC. LONG TERM DISABILITY PLAN; LIGHTHOUSE CAPITAL PARTNERS, INC.,<br><br>    Defendants. | Case No.  3:14-cv-00832-RS<br><br>**STIPULATION TO AND [PROPOSED] ORDER RE BRIEFING SCHEDULE** |

Plaintiff Lizabeth Healy, and Defendants Union Security Insurance Company (formerly known as Fortis Benefits Insurance Company), Assurant Employee Benefits (which "exists" as a brand name only), and Lighthouse Capital Partners Long Term Disability Plan hereby stipulate as follows:

1. The parties shall file cross-motions for summary judgment on or before February 5, 2015.

2. The parties shall file oppositions thereto no later than February 26, 2015.

3. The hearing on the cross-motions shall take place on ~~March 5~~ March 19, 2015 at 1:30 p.m. in Courtroom 3.

4. The documents marked as US 1-5981 inclusive represent Defendant Union Security Insurance Company's administrative record with respect to Plaintiff's claim for disability benefits. Defendants shall submit this record in electronic form along with their moving papers.

DATED: January 14, 2015         **THE GREY LAW FIRM**


By: /s/ Rebecca Grey
    REBECCA GREY
    Attorneys for Plaintiff
    LIZABETH HEALY


DATED: January 14, 2015         **BUCHMAN PROVINE BROTHERS SMITH LLP**


By: /s/ Horace W. Green
    Horace W Green
    Attorneys for Defendants
    Union Security Insurance Company; Assurant
    Employee Benefits; and Lighthouse Capital
    Partners, Inc. Long Term Disability Plan

ATTESTATION OF ELECTRONIC FILING

As the attorney for Defendant e-filing this document, I hereby attest that Rebecca Grey concurred in this filing.

DATED: January 14, 2015

**BUCHMAN PROVINE BROTHERS SMITH LLP**

By: /s/ Horace W. Green
Horace W Green
Attorneys for Defendants
Union Security Insurance Company; Assurant Employee Benefits; and Lighthouse Capital Partners, Inc. Long Term Disability Plan

**ORDER**

**IT IS SO ORDERED.**

Dated: 1/16/2015

_____
The Honorable Richard Seeborg
United States District Judge