UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZABETH HEALY,<br><br>  Plaintiff,<br><br>  v.<br><br>FORTIS BENEFITS INSURANCE COMPANY, et al.,<br><br>  Defendants. | Case No. 14-cv-00832-RS<br><br>**ORDER DIRECTING FILING OF ADMINISTRATIVE RECORD AND CONTINUING HEARING** |

In connection with their cross-motions for judgment, the parties stipulated that defendants would file the administrative record electronically with their moving papers. Apparently as the result of an oversight, that was not done. Accordingly, defendants shall promptly file the administrative record. The hearing on the cross-motions is hereby continued to April 2, 2015, at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: March 13, 2015

_____
RICHARD SEEBORG
United States District Judge