Rebecca Grey  (State Bar No. 194940)
Email: grey@greylaw-sf.com
P. Lauren Ruby (State Bar No. 293105)
Email: lauren@greylaw-sf.com
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, California  94104
Telephone: (415) 262-9926
Facsimile: (415) 262-9981

Attorneys for Plaintiff
LIZABETH HEALY

Horace W. Green (State Bar No. 115699)
Email: hgreen@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701

Attorneys for Defendants
UNION SECURITY INSURANCE COMPANY (formerly known as FORTIS BENEFITS INSURANCE COMPANY); ASSURANT EMPLOYEE BENEFITS; and LIGHTHOUSE CAPITAL PARTNERS, INC. LONG TERM DISABILITY INSURANCE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| LIZABETH HEALY, an individual, | Case No. 3:14-cv-00832-RS |
| Plaintiff, | [~~PROPOSED~~] **FINAL JUDGMENT** |
| vs. | Complaint filed: February 25, 2014 |
| FORTIS BENEFITS INSURANCE COMPANY, UNION SECURITY INSURANCE COMPANY, ASSURANT EMPLOYEE BENEFITS, ASSURANT, INC., LIGHTHOUSE CAPITAL PARTNERS, INC. LONG TERM DISABILITY INSURANCE PLAN, LIGHTHOUSE CAPITAL PARTNERS, INC., | Judge: Hon. Richard Seeborg |
| Defendants. | |

-1-

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff Lizabeth Healy and against Defendants Fortis Benefits Insurance Company, Union Security Insurance Company, Assurant Employee Benefits, and Lighthouse Capital Partners, Inc. Long Term Disability Insurance Plan (collectively, "Defendants") on her First Cause of Action for Recovery of Benefits under 29 U.S.C. §1132(a)(1)(B). Pursuant to this Judgment, Plaintiff is entitled to all past-due benefits from the date of termination of benefits, December 21, 2012, through the date of this Court's Judgment according to the terms and conditions of the Plan.

It is further ordered, adjudged, and decreed that Plaintiff is entitled to reinstatement of her long-term disability benefits under the Lighthouse Capital Partners, Inc. Long Term Disability Insurance Plan following the date of this Court's Judgment, benefits to be paid according to the terms and conditions of the Plan for as long as she remains disabled.

This Court will retain jurisdiction to determine the amount of attorneys' fees, recoverable costs and prejudgment and post-judgment interest upon submission of Plaintiff's Motion for same.

Approved as to Form:

Date: October 2, 2015          **THE GREY LAW FIRM, PC**

                    By:    /s/ Rebecca Grey
                           Rebecca Grey
                           P. Lauren Ruby
                           Attorneys for Plaintiff
                           LIZABETH HEALY

| | |
|---|---|
| Date: October 2, 2015 | **BUCHMAN PROVINE BROTHERS SMITH LLP** |
| | By: /s/ Horace W. Green |
| | Horace W. Green |
| | Attorneys for Defendants |
| | UNION SECURITY INSURANCE COMPANY (formerly known as FORTIS BENEFITS INSURANCE COMPANY); ASSURANT EMPLOYEE BENEFITS; and LIGHTHOUSE CAPITAL PARTNERS, INC. LONG TERM DISABILITY INSURANCE PLAN |

-3-

[PROPOSED] FINAL JUDGMENT         Case No. 3:14-cv-00832-RS

**ATTESTATION OF ELECTRONIC FILING**

As the attorney for Plaintiff e-filing this document, I hereby attest that Horace Green concurred in this filing.

Date: October 2, 2015          **THE GREY LAW FIRM, PC**

By:   /s/ Rebecca Grey
      Rebecca Grey
      P. Lauren Ruby
      Attorneys for Plaintiff
      LIZABETH HEALY

-4-

[PROPOSED] FINAL JUDGMENT                              Case No. 3:14-cv-00832-RS

**ORDER**

IT IS SO ORDERED.

Date: 10/8/15

By: /s/ Richard Seeborg

**HONORABLE RICHARD SEEBORG**
**U.S. DISTRICT COURT JUDGE**