Rebecca Grey  (State Bar No. 194940)
Email:  grey@greylaw-sf.com
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, California  94104
Telephone: (415) 262-9926
Facsimile: (415) 262-9981

Attorneys for Plaintiff
LIZABETH HEALY


Horace W. Green (State Bar No. 115699)
Email:  hgreen@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701

Attorneys for Defendants
UNION SECURITY INSURANCE COMPANY (formerly known as FORTIS BENEFITS INSURANCE COMPANY); ASSURANT EMPLOYEE BENEFITS; and LIGHTHOUSE CAPITAL PARTNERS, INC. LONG TERM DISABILITY INSURANCE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| LIZABETH HEALY, an individual,<br><br>    Plaintiff,<br><br>   vs.<br><br>FORTIS BENEFITS INSURANCE COMPANY, UNION SECURITY INSURANCE COMPANY, ASSURANT EMPLOYEE BENEFITS, ASSURANT, INC., LIGHTHOUSE CAPITAL PARTNERS, INC. LONG TERM DISABILITY INSURANCE PLAN, LIGHTHOUSE CAPITAL PARTNERS, INC.,<br><br>    Defendants. | Case No. 3:14-cv-00832-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES AND PREJUDGMENT/POSTJUDGMENT INTEREST**<br><br>Judge:  Honorable Richard Seeborg |

Plaintiff Lizbeth Healy and Defendants Fortis Benefits Insurance Company, Union Security Insurance Company, Assurant Employee Benefits, and Lighthouse Capital Partners, Inc. Long Term Disability Plan (together, the Parties), through their respective attorneys, stipulate as follows:

The Parties began the Meet and Confer process on October 19, 2015 when Plaintiff's counsel contacted Defendants' counsel to initiate the process. Plaintiff's counsel and Defendants' counsel are working through scheduling conflicts that have delayed the meet and confer process. In order to facilitate a meaningful meet and confer, the Parties agreed to a continuation of the filing date of Plaintiff's Motion for fees, expenses and interest.

For the foregoing reasons, IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record that the currently scheduled October 22, 2015 date for filing Plaintiff's Motion for Attorneys' Fees, Expenses and Interest be continued to November 5, 2015. The Parties respectfully request that this Court permit a continuance of the applicable deadline.

Dated: October 21, 2015                **THE GREY LAW FIRM, P.C.**

By:   /s/ Rebecca Grey
      Rebecca Grey
      Attorney for Plaintiff
      LIZABETH HEALY

Dated: October 21, 2015                **BUCHMAN PROVINE BROTHERS SMITH LLP**

By:   /s/ Horace W. Green
      Horace W. Green
      Attorneys for Defendants
      UNION SECURITY INSURANCE COMPANY
      (formerly known as FORTIS BENEFITS
      INSURANCE COMPANY); ASSURANT
      EMPLOYEE BENEFITS; and LIGHTHOUSE
      CAPITAL PARTNERS, INC. LONG TERM
      DISABILITY INSURANCE PLAN

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, IT IS SO ORDERED.

Dated: 10/22/15

By: _____
Honorable Richard Seeborg
U.S. District Court Judge